**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| GWENDOLYN APPELDORN, Plaintiff, | ) Civil Action No. 4:12-cv-00377-JEG-TJS |
| v. | ) DISMISSAL WITH PREJUDICE |
| BUDZIK & DYNIA, LLC, Defendant. | ) |

Plaintiff Gwendolyn Appeldorn, by her attorney Ray Johnson, dismisses the above-captioned matter with prejudice.

Respectfully submitted,

Ray Johnson
AT0004019
Johnson Law Firm
950 Office Park Road, Suite 221
West Des Moines, IA 50265
Phone: (515) 224-7090
Fax: (515) 222-2656
Johnsonlaw29@aol.com

ATTORNEY FOR PLAINTIFF

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon the Defendant by mailing the same to the Defendant's attorney of record on the 16th day of January, 2013.

[Page content is mirrored/reversed and illegible]